VINCENZA MORANO, as Administratrix, etc., of ORANZIO MORANO, Deceased, Respondent, v. BRUNO TRIMPOLI, Appellant, and MARIO CAVALLARO, Defendant.— Action by an administratrix to recover damages for the death of decedent, who

was a passenger in an automobile proceeding along a highway when, it was claimed, the driver thereof was forced to the right by a bus approaching from the rear. It was claimed that the shoulder of the highway had been left in a dangerous condition by appellant, a contractor who had about a month before laid a water main in the shoulder of the road. Judgment in favor of plaintiff, and order denying appellant's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.